UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MAHAC,

    Plaintiff,                                             Case No. 14-cv-13207
                                                            Hon. Matthew F. Leitman
v.

VALLEY TRANSPORTATION
SERVICE, INC.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #13)

On May 11, 2015, Defendant Valley Transportation Service, Inc. filed a Motion for Summary Judgment (the "Motion"). (*See* ECF #13.)  The Court held a hearing on the Motion on July 13, 2015.  Having fully reviewed the parties' written submissions, and having held oral argument on the Motion, **IT IS HEREBY ORDERED** that the Motion (ECF #13) is **DENIED** for the reasons stated on the record.

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated:  July 13, 2015

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2015, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113